UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida Non-Profit Corporation and DENISE PAYNE, Individually

Plaintiffs,

vs.

CASE NO.: 3:11cv-508-J-32-TEM

AUM SAI, INC., a Florida Corporation

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant, AUM SAI, INC. ("Defendant"), and Plaintiffs NATIONAL ALLIANCE FOR ACCESSIBILITY, INC. and DENISE PAYNE ("Plaintiffs"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, hereby jointly file their Stipulation of Dismissal with Prejudice of the above lawsuit. The parties stipulate that this Dismissal shall be with Prejudice, with each party bearing their own costs and attorney's fees associated with this matter.

Respectfully submitted this 1st day of February, 2013.

| FOR THE PLAINTIFFS | FOR THE DEFENDANT |
|---|---|
| By:/s/Lawrence A. Fuller | By: /s/ Latasha Garrison-Fullwood |
| **Lawrence A. Fuller, Esq.**<br>Fuller, Fuller & Associates, P.A.<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>Tel: 305-891-5199<br>E-Mail: Lfuller@fullerfuller.com | **Latasha Garrison-Fullwood, Esq.**<br>Taylor, Day, Currie, Boyd & Johnson<br>50 N. Laura Street Suite 3500<br>Jacksonville, FL 32202<br>Tel: 904 356-0700<br>E-mail: lgf@tdclaw.com |