**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATIONAL ALLIANCE FOR ACCESSIBILITY,
INC. and DENISE PAYNE,

    Plaintiffs,

vs.                                                  Case No. 3:11-cv-508-J-32TEM

AUM SAI, INC.,

    Defendant.

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 15), filed on February 1, 2013, this case is dismissed with prejudice. Each side to bear its own attorney's fees and costs. The Clerk shall close the file.

The Court's January 30, 2013 Order to Show Cause (Doc. 13) is discharged.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 6th day of February, 2013.

                                              TIMOTHY J. CORRIGAN
                                              United States District Judge

sa.
Copies:

Counsel of Record